Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
for the
Northern District of Florida

UNITED STATES OF AMERICA

V                                                 Crim. No. 3:00CR3-002/RV

AARON ISRAEL CUTLER

     On April 27, 2000, the above named was sentenced to a period of 36 months supervised release. Aaron Cutler has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

_\[signature\]_
Russell A. Szafran
U.S. Probation Officer

## ORDER OF THE COURT

     Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this __29__ day of __November__, 20__06__.

_\[signature\]_
Roger Vinson
Senior U.S. District Judge